IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MONTRELL KILPATRICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:17-cv-00670** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **HCA HUMAN RESOURCES, LLC** | ) | |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **Defendant.** | ) | |

## ORDER

On February 4, 2021, the Court held a status conference to discuss proceeding with the remanded claim. The parties agreed to submit supplemental summary judgment briefs relying, to the extent possible, on the facts and evidence already in the record. As agreed during the call, the briefing schedule is as follows:

Defendant's Brief – March 8, 2021

Plaintiff's Response – March 29, 2021

Defendant's Reply – April 5, 2021

The trial will be scheduled by separate order.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE